UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Teresa Long,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

                                        /

Case No. 13-14879

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [21]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [21]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motions for summary judgment [11, 16, 19] are DENIED, Defendant's motion for summary judgment [20] is GRANTED, and the case is hereby DISMISSED.

    SO ORDERED.

                S/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: March 18, 2015

---

[1] No timely objections to the Report and Recommendation were filed.

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 18, 2015, by electronic and/or ordinary mail.

        S/Carol J. Bethel
        Case Manager